# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:19-cr-00133-APG-VCF |
| BRIAN SCARBOROUGH, | **ORDER** |
| Defendant. | |

Before the court is the Motion to Withdraw as Counsel (ECF NO. 130).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel (ECF NO. 130) is scheduled for 11:00 AM, August 22, 2019, in Courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 19th day of August, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE