Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. Rancho Dr. Ste B14
Las Vegas, Nevada 89106
(702) 631-6111 / Fax: (702) 960-4084
bdurham@vegasdefense.com

*Counsel for Brian Scarborough*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-133-APG-VCF |
| Plaintiff, | Stipulation to Continue Motion Hearing |
| vs. | |
| BRIAN SCARBOROUGH, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS TRUTANICH, United States Attorney, KEVIN SCHIFF, Assistant United States Attorney, counsel for the United States of America, and BENJAMIN C. DURHAM, counsel for the defendant BRIAN SCARBOROUGH:

THAT the motion hearing currently scheduled for August 22, 2019, be continued until August 26, 2019, or to a date and time convenient to the Court thereafter, due to defense counsel's unavailability.

Dated this 21st day of August 2019.

                                            Respectfully Submitted,

                                            NICHOLAS TRUTANICH
                                            United States Attorney

                                            /s/ *Kevin Schiff*
                                            KEVIN SCHIFF
                                            Assistant United States Attorney

                                            /s/ *Benjamin C. Durham*
                                            BENJAMIN C. DURHAM
                                            Counsel for MYLOTT

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-133 -APG-VCF |
| Plaintiff, | |
| vs. | ORDER |
| BRIAN SCARBOROUGH, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the motion hearing currently scheduled for August 22, 2019, at 11:00 a.m., be vacated and continued to August 26, 2019, at 10:00 AM, Courtroom 3D.

DATED this 21st day of August, 2019.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

The U.S. Marshal is directed to transport defendant to and from the hearing.