JASON M. FRIERSON
Acting United States Attorney
Nevada Bar No. 7709
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
melanee.smith@usdoj.gov
*Attorneys of the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00133-APG-VCF |
| Plaintiff, | **Stipulation to Continue Sentencing** |
| vs. | **(First Request)** |
| BRIAN SCARBOROUGH, | |
| Defendant. | |

It is stipulated and agreed, by and between Jason M. Frierson, United States Attorney, Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Chris Mishler, counsel for defendant Brian Scarborough, that the sentencing scheduled in this matter for December 28, 2022, be vacated and continued for a period of 30 days. This stipulation is entered into for the following reasons:

1. The United States Department of Probation informed the parties it needs additional time to interview the defendant in order to properly prepare a Pre-Sentence Investigation Report.

///

///

1

2. The parties agree to the continuance;

3. Defendant is currently in custody and does not object to the continuance;

4. The parties are continuing to work on, and gather materials relating to sentencing;

5. This is the first request for continuance.

DATED this 15th day of November 2022.

                                              JASON M. FRIERSON
                                              United States Attorney

                                              */s/ Melanee Smith*
                                              Melanee Smith
                                              Assistant United States Attorney


                                              */s/ Chris Mishler*
                                              Chris Mishler, Esq.
                                              Counsel for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:19-cr-00133-APG-VCF |
| Plaintiff, | **Order to Continue Sentencing** |
| vs. | **(First Request)** |
| BRIAN SCARBOROUGH, | |
| Defendant. | |

## I. Findings of Fact

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The United States Department of Probation informed the parties it needs additional time to interview the defendant in order to properly prepare a Pre-Sentence Investigation Report.
2. The parties agree to the continuance;
3. Defendant is currently in custody and does not object to the continuance;
4. The parties are continuing to work on, and gather materials relating to sentencing;
5. This is the first request for continuance.

## II. Order

It is ordered the sentencing currently scheduled for December 28, 2022, be vacated and continued to <u>February 1, 2023</u>, at the hour of <u>9:00 a</u>m. in Courtroom 6C.

IT IS SO ORDERED.

Dated: November <u>16</u>, 2022

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE